**COOPER CAMERON CORPORATION,**
Appellant,

v.

**SAFOCO, INC., Appellee.**

**Nos. 2009–1435, 2009–1459.**

United States Court of Appeals,
Federal Circuit.

Oct. 7, 2009.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).

**MBO LABORATORIES, INC.,**
Plaintiff–Appellant,

v.

**BECTON, DICKINSON & COMPANY,**
Defendant–Appellee.

**No. 2008–1288.**

United States Court of Appeals,
Federal Circuit.

Oct. 8, 2009.

*ORDER*

The judicial panel before whom this appeal shall be submitted has decided *sua sponte* to dismiss the cross-appeal, No.2009–1152, filed in this matter. The parties are ordered to file corrected briefs deleting references to the cross-appeal as follows: Becton Dickinson and Company's brief should be received by the clerk's office on October 16, 2009 by 5 p.m. MBO Laboratories, Inc.'s reply brief is due at the clerk's office on October 23, 2009 by 5 p.m. These corrected briefs should comply with all aspects of the Federal Rules of Appellate Procedure and applicable Federal Circuit Rules. The revised official caption is reflected above.